UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIGEL ALBERT MARIN,<br>Plaintiff,<br>v.<br>CITY OF FRESNO, et al.,<br>Defendants. | Case No. 1:26-cv-08521-JLT-HBK<br><br>ORDER DEFERRING RULING ON MOTION TO PROCEED *IN FORMA PAUPERIS* AND REQUIRING PLAINTIFF TO COMPLETE LONG FORM OR PAY $405.00 FILING FEE<br><br>(Doc. 2) |

Plaintiff proceeds in this civil action *pro se*. (Doc. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. 2). Plaintiff's application does not contain sufficient information for the Court to determine if he is entitled to proceed in this action without prepayment of fees. The applicant's responses to Question Nos. 2(a) and 3(d) of the application to proceed *in forma pauperis* appear inconsistent. Accordingly, the Court will order Plaintiff to complete and file an Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239. If Plaintiff is unwilling to complete and submit the long form application, Plaintiff must pay the $405.00 filing fee in full.

Accordingly, it is **ORDERED**:

1. Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. 2) is DEFERRED pending receipt and review of the completed long form application.
2. The Clerk of the Court is directed to forward an Application to Proceed in District

Court Without Prepaying Fees or Costs (Long Form) – AO 239 to Plaintiff.

3. Within twenty-one (21) days of the date on this order, Plaintiffs shall either (1) pay the $405.00 filing fee for this action, or (2) complete and file the enclosed Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form) – AO 239.

4. If Plaintiff fails to comply with this order, this action shall be dismissed for failure to pay the filing fee and failure to comply with a court order as a sanction under Local Rule 110.

Dated: October 20, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE