UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIGEL ALBERT MARIN,

Plaintiff,

v.

CITY OF FRESNO, et al.,

Defendants.

Case No. 1:26-cv-08521-JLT-HBK

ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*

(Docs. 2, 4)

Plaintiff proceeds in this civil action pro se. (Doc. 1). Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Docs. 2, 4). Plaintiff's declarations in the motion satisfy the requirements under § 1915. (Doc. 4). The Court will screen plaintiff's pro se complaint under 28 U.S.C. § 1915(e)(2) in due course before ordering service.

Accordingly, it is ORDERED:

Plaintiff's motions for leave to proceed *in forma pauperis* (Docs. 2, 4) are GRANTED.

Dated: November 5, 2026

Helena M. Barch-Kuchta

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE